# Court of Appeals
## Tenth Appellate District of Texas

10-25-00475-CR

Ex parte Mark Jerome Pool

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Mark Jerome Pool, proceeding pro se, filed an application for writ of habeas corpus with this Court claiming that he has been denied "a nunc pro tunc order," his right to an examining trial, and his "right to compel arbitration." Pool also asserts that several of his constitutional rights have been violated.

Intermediate appellate courts do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d). Jurisdiction to grant a writ of habeas corpus in a criminal case vests with the Court of Criminal Appeals, the district courts, the county courts, or any judge in those courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; *Ex parte Braswell*, 630 S.W.3d 600, 601-02 (Tex. App.—Waco 2021,

orig. proceeding).  Accordingly, we dismiss Pool's application for writ of habeas

corpus for want of jurisdiction.

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  January 8, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do not publish
OT06

